## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
    *
    *
      v.     *     Civil No. – JFM-12-2982
    *
EDWARD BOWSER, III     *
    ******

### MEMORANDUM

Defendant has filed a motion to dismiss for lack of subject matter jurisdiction.

*Mizrach v. United States*, 2012 WL 414806 (D. Md. Feb. 7, 2012) is directly on point.  I agree with the reasoning of *Mizrach*.  28 U.S.C. § 2401(b) is not simply a statute of limitations.  Rather, it is a limited waiver of sovereign immunity.  Because plaintiff did not file suit within 180 days of the denial of the administrative claim, the United States has not waived its sovereign immunity, and this court lacks subject matter jurisdiction over this action.

Date:  January 31, 2013       _____/s/_____

                            J. Frederick Motz

                            United States District Judge